UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

DION JOYCE,

                           Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 Cr. 337 (PMH)

Defendant __Dion Joyce_____ hereby voluntarily consents to participate in the following proceeding via _✓_ videoconferencing or _✓_ teleconferencing:

____ Initial Appearance Before a Judicial Officer

_✓_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Bail/Detention Hearing

____ Conference Before a Judicial Officer

/s/ Dion Joyce (Signed by counsel with defendant's consent)
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Dion Joyce
Print Defendant's Name

_____[signature]_____
Defendant's Counsel's Signature

Howard E. Tanner, Esq.
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

6/15/2021
Date

_____[signature: Judith C. McCarthy]_____
U.S. District Judge/U.S. Magistrate Judge